UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

CHAPTER 13 PLAN
(INDIVIDUAL ADJUSTMENT OF DEBTS)

DEBTOR:                                                                                          Case No.: 11-23160-K

   (H) William Hamilton Jr.                                                    S.S.# XXX-XX-8593
   (W) Shirlen Hamilton                                                           S.S.# XXX-XX-7357

ADDRESS: 4661 Tumblebrook Cv.
              Millington, TN 38053

PLAN PAYMENTS: Debtor(s) to pay: $ 565.00                          (Semi-Monthly)
PAYROLL DEDUCTION: MIG&W Pension
                        P.O. Box 430
                        Memphis, TN38101

                                                               First Payment Due: 4/1/11
ADMINISTRATIVE: Pay Filing Fee, Trustee's fee, and Debtor's attorney fee, Per Court Order.
                                                                      MONTHLY
                                                                       PLAN PAYMENT
AUTO INSURANCE: (X) Not Included in Plan () Included in Plan          $
        CHILD SUPPORT:                  Ongoing support through Plan to
                     beginning               ,2011          $
        Child support arrearage amount $                      $

PRIORITY CREDITORS: None                                                            $

HOME MORTGAGE: If no arrearage, ongoing payments are to be made by Debtor(s).
Wells Fargo Home Mortgage    Ongoing payments Current Notice Only  ,2011  $
                Approx. arrears thru                    Interest          $
                    Ongoing payments                         ,2011    $
                Approx. arrears thru                    Interest          $

SPECIAL CLASS I: None                                                                  $

| SECURED CREDITORS:<br>{Retain Lien 11 U.S.C. 1325(a)(5)} | SECURED VALUE<br>OF COLLATERAL | RATE OF<br>INTEREST | |
|---|---|---|---|
| Bank of America | Debtor to surrender | % | $ |
| First Metropolitan | $ 1,804.74 | % | $ 400.00 |

UNSECURED CREDITORS: PAY 100% of these claims after above claims are paid:
ESTIMATED TOTAL UNSECURED. NON-PRIORITY DEBT: Approximately $ 63,308.65
TERMINATION: Plan shall terminate upon payment of the above approximately 60 months.

Adequate protection payments will be 1/4 (25%) of proposed creditor monthly payment.
Failure to file timely objection to confirmation will be deemed acceptance of plan.

Absent a specific court order otherwise, all claims, other than those specifically provided
for above, shall be paid as general unsecured debts. General unsecured creditors
will receive 100%.